# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:13-cv-12169-RHC-MKM |
| ) | |
| v. ) | |
| ) | |
| VENUGOPAL KODALI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES [CM/ECF 12] AND TO ANSWER COUNTERCLAIM [CM/ECF 13]**

**THIS CAUSE** came before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Strike Defendant's Affirmative Defenses [CM/ECF 12] and to Answer Counterclaim [CM/ECF 13] (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have up to and including December 2, 2013 to file its motion to strike Defendant's Affirmative Defenses [CM/ECF 12] and to answer Defendant's Counterclaim [CM/ECF 13].

**DONE AND ORDERED** this 19th day of November, 2013.

By: s/Robert H. Cleland
   **UNITED STATES DISTRICT JUDGE**